UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD DUBUISSON | CIVIL ACTION |
| VERSUS | NO. 16-3640 |
| A.I.S., INC. OF MASSACHUSETTS | SECTION "N" (3) |

### ORDER AND REASONS

On the instant showing made, **IT IS ORDERED** that Plaintiff's motion to stay (Rec. Doc. 34) is **DENIED** for essentially the reasons stated in Defendant's opposition memorandum (Rec. Doc. 43). Considering the May 22, 2017 trial date in this matter, the Court particularly notes Plaintiff's failure to provide a reasonable explanation for his delay (until May 11, 2017) in filing the related action (Civil Action No. 17-4883) against Industrial Economics, Inc. and Ryan Tolbert.

New Orleans, Louisiana, this 15th day of May 2017.

**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**

Magistrate Judge Knowles